# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dilek Dinc <br><br> *Plaintiff(s)* <br> v. <br> Bartu LLC d/b/a HairCo Astoria <br> and Bahadir Tekin <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-5610 HG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bartu LLC d/b/a HairCo Astoria
29-17 Ditmars Blvd
Queens, New York 11105-2718

Bahadir Tekin, CEO and Owner.
29-17 Ditmars Blvd
Queens, New York 11105-2718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  AKIN LAW GROUP PLLC
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400 Fax. (212) 825-1440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/20/2022

BRENNA B. MAHONEY
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*