**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DILEK DINC, *on behalf of herself,*      Case No. 22-CV-05610 (HG)
*FLSA Collective Plaintiffs and the Class*,

                     Plaintiff,     **NOTICE OF PLAINTIFF'S**
                                     **ACCEPTANCE OF DEFENDANTS'**
        -against-                             **OFFER OF JUDGMENT**
                                     **PURSUANT TO F.R.C.P. RULE 68**
BARTU LLC d/b/a HAIRCO ASTORIA
and BAHADIR TEKIN,

                     Defendants.
-------------------------------------------------------------X

Plaintiff, Dilek Dinc ("Plaintiff"), through her undersigned counsel, hereby notifies the Court that on or about May 10, 2023, said Plaintiff accepted an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendant Bartu LLC d/b/a HairCo ("Defendant HairCo" or "HairCo" or "Company") and Defendant Bahadir Tekin ("Defendant Tekin" or "Tekin) (collectively, "Defendants"), in the amount of Thirty Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00), extended on or about May 10, 2023.

Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's acceptance of said Offer of Judgment; (c) Proof of Service of (1) the Defendants' Offer of Judgment and (2) Plaintiff's acceptance of said Offer of Judgment; and (d) a Proposed Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: May 10, 2023
        New York, New York

                                                                 **Akin Law Group PLLC**

                                                                 */s/ Robert D. Salaman*
                                                                 Robert D. Salaman
                                                                 45 Broadway, Suite 1420
                                                                 New York, New York 10006
                                                                 (212) 825-1400