UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DILEK DINC, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,

                            Plaintiff,

    -against-

BARTU LLC d/b/a HAIRCO ASTORIA
and BAHADIR TEKIN,

                            Defendants.
-----------------------------------------------------------X

Case No. 22-CV-05610 (HG)

**PROPOSED JUDGMENT
PURSUANT TO
F.R.C.P. RULE 68**

       **WHEREAS**, on May 10, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Bartu LLC d/b/a HairCo ("Defendant HairCo" or "HairCo" or "Company") and Defendant Bahadir Tekin ("Defendant Tekin" or "Tekin) (collectively, "Defendants"), extended to Plaintiff Dilek Dinc, an offer of judgment against them, in the amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00), inclusive of all costs and fees, including all attorneys' fees;

       **WHEREAS**, on May 10, 2023, Plaintiff accepted Defendants' Offer of Judgment;

       IT IS **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00).

Dated: Brooklyn, New York
         May 12, 2023

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT
                                BY: *Jalitza Poveda*
                                            Deputy Clerk